**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: § Case No. 12-41379-ERW
§
ROSEMARIE J GERMANN §
§
§
Debtor §

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/18/2012. The undersigned trustee was appointed on 10/18/2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $70,081.71

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $9,956.75 |
    | Bank service fees | $252.23 |
    | Other Payments to creditors | $51,717.82 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $8,154.91 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 04/11/2013 and the deadline for filing government claims was 04/11/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,754.09. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,719.87, for a total compensation of $3,719.87[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $1.74, for total expenses of $1.74.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/24/2015                              By:  /s/ David P. Leibowitz
                                                   Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 12-41379-ERW | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | GERMANN, ROSEMARIE J | Date Filed (f) or Converted (c): | 10/18/2012 (f) |
| For the Period Ending: | 7/24/2015 | §341(a) Meeting Date: | 12/10/2012 |
| | | Claims Bar Date: | 04/11/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 2805 Sycamore St. Des Plaines, IL 60018 | $197,972.00 | $0.00 | | $0.00 | FA |
| 2 | 943 Woodrdige Ct., Unit 2C Lake Geneva, IL 53147 | $109,000.00 | $59,326.00 | | $70,061.30 | FA |
| **Asset Notes:** | Property sold. | | | | | |
| 3 | 5/3 Checking Account | $600.00 | $0.00 | | $0.00 | FA |
| 4 | General Household Goods | $400.00 | $0.00 | | $0.00 | FA |
| 5 | Living Room 2 Sofas and endtables | $200.00 | $0.00 | | $0.00 | FA |
| 6 | Dining Room Furniture | $150.00 | $0.00 | | $0.00 | FA |
| 7 | Family Room Furniture | $75.00 | $0.00 | | $0.00 | FA |
| 8 | Bedroom 1 Bed and Dresser | $200.00 | $0.00 | | $0.00 | FA |
| 9 | Bedroom 2- TV- No Furniture | $25.00 | $0.00 | | $0.00 | FA |
| 10 | Bedroom 3- TV, 2 Dressers and a Bed | $300.00 | $0.00 | | $0.00 | FA |
| 11 | Lake Geneva Dinette Set | $100.00 | $0.00 | | $0.00 | FA |
| 12 | Living Room- Sofa, 2 Chairs, 2 end tables and a coffee table | $400.00 | $0.00 | | $0.00 | FA |
| 13 | Lake Geneva TV | $150.00 | $0.00 | | $0.00 | FA |
| 14 | Lake Geneva Dining Room table with 6 chairs | $250.00 | $0.00 | | $0.00 | FA |
| 15 | Lake Geneva Bedrooms- 2 twin beds and a queen bed | $250.00 | $0.00 | | $0.00 | FA |
| 16 | Clothing | $400.00 | $0.00 | | $0.00 | FA |
| 17 | Wedding Rings | $350.00 | $0.00 | | $0.00 | FA |
| 18 | Fur Coat | $300.00 | $0.00 | | $0.00 | FA |
| 19 | Term Life Insurance with Reassurance Life- No cash Value | $0.00 | $0.00 | | $0.00 | FA |
| 20 | EcoLab Pension- No Cashout Value | $0.00 | $0.00 | | $0.00 | FA |
| 21 | Stock Options in ECL-Ecolab, Inc. Not vested 4 shares | $279.80 | $179.80 | | $0.00 | FA |
| 22 | 1997 Acura TL | $875.00 | $0.00 | | $0.00 | FA |
| 23 | Computer | $150.00 | $0.00 | | $0.00 | FA |
| 24 | Excess of payment on loan/Refunded to the Estate | $0.00 | $20.41 | | $20.41 | FA |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

|  | $312,426.80 | $59,526.21 | | $70,081.71 | $0.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 12-41379-ERW | | **Trustee Name:** | David Leibowitz |
| **Case Name:** | GERMANN, ROSEMARIE J | | **Date Filed (f) or Converted (c):** | 10/18/2012 (f) |
| **For the Period Ending:** | 7/24/2015 | | **§341(a) Meeting Date:** | 12/10/2012 |
| | | | **Claims Bar Date:** | 04/11/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

| | |
|---|---|
| 06/30/2015 | Asset - Sale of Lake Geneva property |
| | Assets fully administered |
| | Pending Tax Return Clearance from IRS then TFR |
| 11/13/2014 | resent the tax return information to the IL department of review |
| 07/19/2013 | Docs. sent to Lois West in order to prepare tax return. |
| 06/28/2013 | Motion to Employ Lois west Prepared and Given to Linda |
| 06/25/2013 | Motion to Employ Lois West |
| | |
| | TFR to be completed. |
| 03/27/2013 | Left Mgs. for AnchorBank RE: Proof of claim filed - Must be withdrawn - Claim was paid. |
| 02/28/2013 | Selling Property in Lake Geneva - Motion to Sell filed |

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 10/01/2015 | /s/ DAVID LEIBOWITZ |
| **Current Projected Date Of Final Report (TFR):** | 10/01/2015 | DAVID LEIBOWITZ |

Case 12-41379 Doc 40 Filed 08/27/15 Entered 08/27/15 16:14:27 Desc Main Document Page 5 of 13

Page No: 1
Exhibit B

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-41379-ERW | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | GERMANN, ROSEMARIE J | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1862 | Checking Acct #: | ******7901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/18/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/24/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/27/2013 | | Knigh Barry Title, Inc | Proceeds from 943 Woodridge Court | * | $8,386.73 | | $8,386.73 |
| | {2} | | $70,061.30 | 1110-000 | | | $8,386.73 |
| | | | Payment to secured creditor. $(51,717.82) | 4110-000 | | | $8,386.73 |
| | | | Stewart Title $(665.00) | 2500-000 | | | $8,386.73 |
| | | | City/Town Taxes $(571.20) | 2820-000 | | | $8,386.73 |
| | | | Dep. retained $(2,000.00) | 2500-000 | | | $8,386.73 |
| | | | Settlement Charges to Seller $(6,720.55) | 2500-000 | | | $8,386.73 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $1.74 | $8,384.99 |
| 04/03/2013 | (24) | Anchor Bank | Excess of payment on loan - Refunded to the Estate | 1290-000 | $20.41 | | $8,405.40 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $13.11 | $8,392.29 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $14.41 | $8,377.88 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $12.21 | $8,365.67 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $13.49 | $8,352.18 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $14.34 | $8,337.84 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $12.15 | $8,325.69 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $13.43 | $8,312.26 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $13.41 | $8,298.85 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $12.95 | $8,285.90 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $14.23 | $8,271.67 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $14.20 | $8,257.47 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $12.03 | $8,245.44 |
| 12/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $13.30 | $8,232.14 |
| 01/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $13.71 | $8,218.43 |
| 02/27/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $11.97 | $8,206.46 |
| 03/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $12.81 | $8,193.65 |
| 04/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $12.79 | $8,180.86 |
| 05/29/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $13.20 | $8,167.66 |
| 06/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $12.75 | $8,154.91 |

**SUBTOTALS** $8,407.14 $252.23

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-41379-ERW | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | GERMANN, ROSEMARIE J | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1862 | | Checking Acct #: | ******7901 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/18/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/24/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $8,407.14 | $252.23 | $8,154.91 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $8,407.14 | $252.23 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $8,407.14 | $252.23 | |

| For the period of 10/18/2012 to 7/24/2015 | | For the entire history of the account between 03/25/2013 to 7/24/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $70,081.71 | Total Compensable Receipts: | $70,081.71 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $70,081.71 | Total Comp/Non Comp Receipts: | $70,081.71 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $61,926.80 | Total Compensable Disbursements: | $61,926.80 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $61,926.80 | Total Comp/Non Comp Disbursements: | $61,926.80 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3

Exhibit B

| Case No. | 12-41379-ERW | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | GERMANN, ROSEMARIE J | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1862 | Checking Acct #: | ******7901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/18/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/24/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $8,407.14 | $252.23 | $8,154.91 |

| For the period of 10/18/2012 to 7/24/2015 | | For the entire history of the case between 10/18/2012 to 7/24/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $70,081.71 | Total Compensable Receipts: | $70,081.71 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $70,081.71 | Total Comp/Non Comp Receipts: | $70,081.71 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $61,926.80 | Total Compensable Disbursements: | $61,926.80 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $61,926.80 | Total Comp/Non Comp Disbursements: | $61,926.80 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

| Case No. | 12-41379-ERW | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | GERMANN, ROSEMARIE J | | | | | | | | Date: 7/24/2015 |
| Claims Bar Date: | 04/11/2013 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | DAVID P. LEIBOWITZ  420 West Clayton St  Waukegan IL 60085 | Trustee Expenses | Allowed | 2200-000 | $1.74 | $0.00 | $0.00 | $0.00 | $1.74 |
| | LAKELAW  420 W. Clayton Street  Waukegan 60085-4216 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $1,640.00 | $0.00 | $0.00 | $0.00 | $1,640.00 |
| | LAKELAW  420 W. Clayton Street  Waukegan 60085-4216 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $67.12 | $0.00 | $0.00 | $0.00 | $67.12 |
| | POPOWCER KATTEN  35 E. Wacker Drive  Suite 1550  Chicago IL 60601 | Accountant for Trustee Fees (Other Firm) | Allowed | 3410-000 | $960.00 | $0.00 | $0.00 | $0.00 | $960.00 |
| | DAVID P. LEIBOWITZ  420 West Clayton St  Waukegan IL 60085 | Trustee Compensation | Allowed | 2100-000 | $3,719.87 | $0.00 | $0.00 | $0.00 | $3,719.87 |
| 1 | ANCHORBANK, SSB  25 W Main St  Madison WI 53703 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Withdrawn | 4110-000 | $0.00 | $51,717.82 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** Paid in Full -- 04/01/2013 Withdrawal of Claim(s): 1 Filed by Anchor Bank.

| 2 | CAPITAL ONE, N.A.  c o Becket and Lee LLP  POB 3001  Malvern PA 19355-0701 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $63.63 | $0.00 | $0.00 | $0.00 | $63.63 |

**Claim Notes:** (2-1) CREDIT CARD DEBT

CLAIMS ANALYSIS REPORT  Page No: 2
Exhibit C

| Case No.: | 12-41379-ERW | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | GERMANN, ROSEMARIE J | | | | | | | | Date: 7/24/2015 |
| Claims Bar Date: | 04/11/2013 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 3 | ECAST SETTLEMENT CORPORATION, ASSIGNEE OF CHASE BANK USA, N.A. POB 29262 New York NY 10087-9262 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $12,034.39 | $0.00 | $0.00 | $0.00 | $12,034.39 |

**Claim Notes:** (3-1) CREDIT CARD DEBT

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 4 | ECAST SETTLEMENT CORPORATION, ASSIGNEE OF CHASE BANK USA, N.A. POB 29262 New York NY 10087-9262 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $5,563.76 | $0.00 | $0.00 | $0.00 | $5,563.76 |

**Claim Notes:** (4-1) CREDIT CARD DEBT

| | | | | | $24,050.51 | $51,717.82 | $0.00 | $0.00 | $24,050.51 |
|---|---|---|---|---|---|---|---|---|---|

**CLAIM ANALYSIS REPORT**

Page No: 3
Exhibit C

| | | |
|---|---|---|
| **Case No.** 12-41379-ERW | | **Trustee Name:** David Leibowitz |
| **Case Name:** GERMANN, ROSEMARIE J | | **Date:** 7/24/2015 |
| **Claims Bar Date:** 04/11/2013 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Accountant for Trustee Fees (Other Firm) | $960.00 | $960.00 | $0.00 | $0.00 | $0.00 | $960.00 |
| Attorney for Trustee Expenses (Trustee Firm) | $67.12 | $67.12 | $0.00 | $0.00 | $0.00 | $67.12 |
| Attorney for Trustee Fees (Trustee Firm) | $1,640.00 | $1,640.00 | $0.00 | $0.00 | $0.00 | $1,640.00 |
| Payments to Unsecured Credit Card Holders | $17,661.78 | $17,661.78 | $0.00 | $0.00 | $0.00 | $17,661.78 |
| Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | $50,285.76 | $0.00 | $51,717.82 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $6,754.09 | $3,719.87 | $0.00 | $0.00 | $0.00 | $3,719.87 |
| Trustee Expenses | $1.74 | $1.74 | $0.00 | $0.00 | $0.00 | $1.74 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:       12-41379-ERW
Case Name:      ROSEMARIE J GERMANN
Trustee Name:   David P. Leibowitz

Balance on hand: $8,154.91

Claims of secured creditors will be paid as follows:

Total to be paid to secured creditors: $0.00
Remaining balance: $8,154.91

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $3,719.87 | $0.00 | $3,719.87 |
| David P. Leibowitz, Trustee Expenses | $1.74 | $0.00 | $1.74 |
| Lakelaw, Attorney for Trustee Fees | $1,640.00 | $0.00 | $1,640.00 |
| Lakelaw, Attorney for Trustee Expenses | $67.12 | $0.00 | $67.12 |
| POPOWCER KATTEN, Accountant for Trustee Fees | $960.00 | $0.00 | $960.00 |

Total to be paid for chapter 7 administrative expenses: $6,388.73
Remaining balance: $1,766.18

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $1,766.18

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

**UST Form 101-7-TFR (5/1/2011)**

| | Total to be paid to priority claims: | $0.00 |
|---|---|---|
| | Remaining balance: | $1,766.18 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $17,661.78 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 2 | Capital One, N.A. | $63.63 | $0.00 | $6.36 |
| 3 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. | $12,034.39 | $0.00 | $1,203.44 |
| 4 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. | $5,563.76 | $0.00 | $556.38 |

| | Total to be paid to timely general unsecured claims: | $1,766.18 |
|---|---|---|
| | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|
| | Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | Total to be paid for subordinated claims: | $0.00 |
|---|---|---|
| | Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

**UST Form 101-7-TFR (5/1/2011)**