**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-41379-DLT |
| | § | |
| ROSEMARIE J GERMANN | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)        All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $198,151.80 | Assets Exempt: | $5,275.00 |
| Total Distributions to Claimants: | $53,484.00 | Claims Discharged Without Payment: | $26,880.60 |
| Total Expenses of Administration: | $16,597.71 | | |

3)      Total gross receipts of $70,081.71  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $70,081.71 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $254,788.00 | $50,285.76 | $50,285.76 | $51,717.82 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $19,631.93 | $19,631.93 | $16,597.71 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $28,483.00 | $17,661.78 | $17,661.78 | $1,766.18 |
| **Total Disbursements** | $283,271.00 | $87,579.47 | $87,579.47 | $70,081.71 |

4).  This case was originally filed under chapter 7 on 10/18/2012.  The case was pending for 37 months.

5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>01/04/2016</u>                    By:   <u>/s/ David P. Leibowitz</u>
                                                            Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO
FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 943 Woodrdige Ct., Unit 2C Lake Geneva, IL 53147 | 1110-000 | $70,061.30 |
| Excess of payment on loan/Refunded to the Estate | 1290-000 | $20.41 |
| **TOTAL GROSS RECEIPTS** | | $70,081.71 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Anchorbank, Ssb | 4110-000 | $49,674.00 | $50,285.76 | $50,285.76 | $51,717.82 |
| | Providnt Fnd | 4110-000 | $205,114.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $254,788.00 | $50,285.76 | $50,285.76 | $51,717.82 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $6,754.09 | $6,754.09 | $3,719.87 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $1.74 | $1.74 | $1.74 |
| Dep. retained | 2500-000 | NA | $2,000.00 | $2,000.00 | $2,000.00 |
| Settlement Charges to Seller | 2500-000 | NA | $6,720.55 | $6,720.55 | $6,720.55 |
| Stewart Title | 2500-000 | NA | $665.00 | $665.00 | $665.00 |
| Green Bank | 2600-000 | NA | $252.23 | $252.23 | $252.23 |
| City/Town Taxes | 2820-000 | NA | $571.20 | $571.20 | $571.20 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $1,640.00 | $1,640.00 | $1,640.00 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $67.12 | $67.12 | $67.12 |
| POPOWCER KATTEN, Accountant for Trustee | 3410-000 | NA | $960.00 | $960.00 | $960.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $19,631.93 | $19,631.93 | $16,597.71 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE


**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE


**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Capital One, N.A. | 7100-900 | $51.00 | $63.63 | $63.63 | $6.36 |
| 3 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. | 7100-900 | $11,914.00 | $12,034.39 | $12,034.39 | $1,203.44 |
| 4 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. | 7100-900 | $5,533.00 | $5,563.76 | $5,563.76 | $556.38 |
| | Chase | 7100-000 | $10,863.00 | $0.00 | $0.00 | $0.00 |
| | Gecrb/Qvc | 7100-000 | $122.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $28,483.00 | $17,661.78 | $17,661.78 | $1,766.18 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit 8

| Case No.: | 12-41379-DLT | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | GERMANN, ROSEMARIE J | | | Date Filed (f) or Converted (c): | 10/18/2012 (f) |
| For the Period Ending: | 1/4/2016 | | | §341(a) Meeting Date: | 12/10/2012 |
| | | | | Claims Bar Date: | 04/11/2013 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | | |
| 1 | 2805 Sycamore St. Des Plaines, IL 60018 | $197,972.00 | $0.00 | | $0.00 | FA |
| 2 | 943 Woodrdige Ct., Unit 2C Lake Geneva, IL 53147 | $109,000.00 | $59,326.00 | | $70,061.30 | FA |
| **Asset Notes:** | Property sold. | | | | | |
| 3 | 5/3 Checking Account | $600.00 | $0.00 | | $0.00 | FA |
| 4 | General Household Goods | $400.00 | $0.00 | | $0.00 | FA |
| 5 | Living Room 2 Sofas and endtables | $200.00 | $0.00 | | $0.00 | FA |
| 6 | Dining Room Furniture | $150.00 | $0.00 | | $0.00 | FA |
| 7 | Family Room Furniture | $75.00 | $0.00 | | $0.00 | FA |
| 8 | Bedroom 1 Bed and Dresser | $200.00 | $0.00 | | $0.00 | FA |
| 9 | Bedroom 2- TV- No Furniture | $25.00 | $0.00 | | $0.00 | FA |
| 10 | Bedroom 3- TV, 2 Dressers and a Bed | $300.00 | $0.00 | | $0.00 | FA |
| 11 | Lake Geneva Dinette Set | $100.00 | $0.00 | | $0.00 | FA |
| 12 | Living Room- Sofa, 2 Chairs, 2 end tables and a coffee table | $400.00 | $0.00 | | $0.00 | FA |
| 13 | Lake Geneva TV | $150.00 | $0.00 | | $0.00 | FA |
| 14 | Lake Geneva Dining Room table with 6 chairs | $250.00 | $0.00 | | $0.00 | FA |
| 15 | Lake Geneva Bedrooms- 2 twin beds and a queen bed | $250.00 | $0.00 | | $0.00 | FA |
| 16 | Clothing | $400.00 | $0.00 | | $0.00 | FA |
| 17 | Wedding Rings | $350.00 | $0.00 | | $0.00 | FA |
| 18 | Fur Coat | $300.00 | $0.00 | | $0.00 | FA |
| 19 | Term Life Insurance with Reassurance Life- No cash Value | $0.00 | $0.00 | | $0.00 | FA |
| 20 | EcoLab Pension- No Cashout Value | $0.00 | $0.00 | | $0.00 | FA |
| 21 | Stock Options in ECL-Ecolab, Inc. Not vested 4 shares | $279.80 | $179.80 | | $0.00 | FA |
| 22 | 1997 Acura TL | $875.00 | $0.00 | | $0.00 | FA |
| 23 | Computer | $150.00 | $0.00 | | $0.00 | FA |
| 24 | Excess of payment on loan/Refunded to the Estate | $0.00 | $20.41 | | $20.41 | FA |

| | | | | Gross Value of Remaining Assets | |
|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | $312,426.80 | $59,526.21 | | $70,081.71 | $0.00 |

**Major Activities affecting case closing:**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 12-41379-DLT | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | GERMANN, ROSEMARIE J | Date Filed (f) or Converted (c): | 10/18/2012 (f) |
| For the Period Ending: | 1/4/2016 | §341(a) Meeting Date: | 12/10/2012 |
| | | Claims Bar Date: | 04/11/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| | |
|---|---|
| 06/30/2015 | Asset - Sale of Lake Geneva property |
| | Assets fully administered |
| | Pending Tax Return Clearance from IRS then TFR |
| 11/13/2014 | resent the tax return information to the IL department of review |
| 07/19/2013 | Docs. sent to Lois West in order to prepare tax return. |
| 06/28/2013 | Motion to Employ Lois west Prepared and Given to Linda |
| 06/25/2013 | Motion to Employ Lois West |
| | |
| | TFR to be completed. |
| 03/27/2013 | Left Mgs. for AnchorBank RE: Proof of claim filed - Must be withdrawn - Claim was paid. |
| 02/28/2013 | Selling Property in Lake Geneva - Motion to Sell filed |

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 10/01/2015 | /s/ DAVID LEIBOWITZ |
| **Current Projected Date Of Final Report (TFR):** | 10/01/2015 | DAVID LEIBOWITZ |

Page No:1

Case 12-41379    Doc 51    Filed 01/05/16    Entered 01/05/16 10:55:46    Desc Main
Document    Page 7 of 10

FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No. | 12-41379-DLT | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | GERMANN, ROSEMARIE J | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1862 | | Checking Acct #: | ******7901 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/18/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/4/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/27/2013 | | Knigh Barry Title, Inc | Proceeds from 943 Woodridge Court | * | $8,386.73 | | $8,386.73 |
| | {2} | | $70,061.30 | 1110-000 | | | $8,386.73 |
| | | | Payment to secured creditor. $(51,717.82) | 4110-000 | | | $8,386.73 |
| | | | Stewart Title $(665.00) | 2500-000 | | | $8,386.73 |
| | | | City/Town Taxes $(571.20) | 2820-000 | | | $8,386.73 |
| | | | Dep. retained $(2,000.00) | 2500-000 | | | $8,386.73 |
| | | | Settlement Charges to Seller $(6,720.55) | 2500-000 | | | $8,386.73 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $1.74 | $8,384.99 |
| 04/03/2013 | (24) | Anchor Bank | Excess of payment on loan - Refunded to the Estate | 1290-000 | $20.41 | | $8,405.40 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $13.11 | $8,392.29 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $14.41 | $8,377.88 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $12.21 | $8,365.67 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $13.49 | $8,352.18 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $14.34 | $8,337.84 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $12.15 | $8,325.69 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $13.43 | $8,312.26 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $13.41 | $8,298.85 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $12.95 | $8,285.90 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $14.23 | $8,271.67 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $14.20 | $8,257.47 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $12.03 | $8,245.44 |
| 12/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $13.30 | $8,232.14 |
| 01/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $13.71 | $8,218.43 |
| 02/27/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $11.97 | $8,206.46 |
| 03/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $12.81 | $8,193.65 |
| 04/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $12.79 | $8,180.86 |
| 05/29/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $13.20 | $8,167.66 |
| 06/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $12.75 | $8,154.91 |
| 07/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $14.00 | $8,140.91 |
| 08/03/2015 | | Green Bank | Reverse Bank Fee | 2600-000 | | ($14.00) | $8,154.91 |
| 09/22/2015 | 3001 | Lakelaw | Claim #: ; Amount Claimed: 67.12; Amount Allowed: 67.12;  Distribution Dividend: 100.00; | 3120-000 | | $67.12 | $8,087.79 |
| 09/22/2015 | 3002 | Lakelaw | Claim #: ; Amount Claimed: 1,640.00; Amount Allowed: 1,640.00;  Distribution Dividend: 100.00; | 3110-000 | | $1,640.00 | $6,447.79 |
| 09/22/2015 | 3003 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $3,719.87 | $2,727.92 |
| 09/22/2015 | 3004 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $1.74 | $2,726.18 |
| | | | **SUBTOTALS** | | $8,407.14 | $5,680.96 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-41379-DLT | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | GERMANN, ROSEMARIE J | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1862 | Checking Acct #: | ******7901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/18/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/4/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 09/22/2015 | 3005 | POPOWCER KATTEN | Claim #: ; Amount Claimed: 960.00; Amount Allowed: 960.00;  Distribution Dividend: 100.00; | 3410-000 | | $960.00 | $1,766.18 |
| 09/22/2015 | 3006 | Capital One, N.A. | Claim #: 2; Amount Claimed: 63.63; Amount Allowed: 63.63;  Distribution Dividend: 10.00; | 7100-900 | | $6.36 | $1,759.82 |
| 09/22/2015 | 3007 | eCAST Settlement Corporation, assignee of | Claim #: 3; Amount Claimed: 12,034.39; Amount Allowed: 12,034.39; Distribution Dividend: 10.00; | 7100-900 | | $1,203.44 | $556.38 |
| 09/22/2015 | 3008 | eCAST Settlement Corporation, assignee of | Claim #: 4; Amount Claimed: 5,563.76; Amount Allowed: 5,563.76;  Distribution Dividend: 10.00; | 7100-900 | | $556.38 | $0.00 |
| 09/23/2015 | | eCAST Settlement Corporation, assignee of | Check 3007 voided twice in error.  This entry is reversing the second void. | 7100-900 | | $1,203.44 | ($1,203.44) |
| 09/23/2015 | | eCAST Settlement Corporation, assignee of | Check 3008 voided twice in error.  This entry is reversing the second void. | 7100-900 | | $556.38 | ($1,759.82) |
| 09/23/2015 | 3007 | VOID: eCAST Settlement Corporation, assignee of | Void of Check# 3007 | 7100-900 | | ($1,203.44) | ($556.38) |
| 09/23/2015 | 3007 | VOID: eCAST Settlement Corporation, assignee of | Void of Check# 3007 | 7100-900 | | ($1,203.44) | $647.06 |
| 09/23/2015 | 3008 | VOID: eCAST Settlement Corporation, assignee of | Void of Check# 3008 | 7100-900 | | ($556.38) | $1,203.44 |
| 09/23/2015 | 3008 | VOID: eCAST Settlement Corporation, assignee of | Void of Check# 3008 | 7100-900 | | ($556.38) | $1,759.82 |
| 09/23/2015 | 3009 | eCAST Settlement Corporation, assignee of | Claim #: 3; Amount Claimed: 12,034.39; Amount Allowed: 12,034.39; Distribution Dividend: 10.00; | 7100-900 | | $1,203.44 | $556.38 |
| 09/23/2015 | 3009 | VOID: eCAST Settlement Corporation, assignee of | Void of Check# 3009 | 7100-900 | | ($1,203.44) | $1,759.82 |
| 09/23/2015 | 3009 | eCAST Settlement Corporation, assignee of | Claim #: 3; Amount Claimed: 12,034.39; Amount Allowed: 12,034.39; Distribution Dividend: 10.00; | 7100-900 | | $1,203.44 | $556.38 |
| 09/23/2015 | 3010 | eCAST Settlement Corporation, assignee of | Claim #: 4; Amount Claimed: 5,563.76; Amount Allowed: 5,563.76;  Distribution Dividend: 10.00; | 7100-900 | | $556.38 | $0.00 |
| 09/23/2015 | 3010 | VOID: eCAST Settlement Corporation, assignee of | Void of Check# 3010 | 7100-900 | | ($556.38) | $556.38 |
| 09/23/2015 | 3010 | eCAST Settlement Corporation, assignee of | Claim #: 4; Amount Claimed: 5,563.76; Amount Allowed: 5,563.76;  Distribution Dividend: 10.00; | 7100-900 | | $556.38 | $0.00 |
| 09/23/2015 | 3011 | eCAST Settlement Corporation, assignee of | Claim #: 3; Amount Claimed: 12,034.39; Amount Allowed: 12,034.39; Distribution Dividend: 10.00; | 7100-900 | | $1,203.44 | ($1,203.44) |
| 09/23/2015 | 3011 | VOID: eCAST Settlement Corporation, assignee of | Void of Check# 3011 | 7100-900 | | ($1,203.44) | $0.00 |
| | | | **SUBTOTALS** | | $0.00 | $2,726.18 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-41379-DLT | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | GERMANN, ROSEMARIE J | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1862 | Checking Acct #: | ******7901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/18/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/4/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/23/2015 | 3012 | eCAST Settlement Corporation, assignee of | Claim #: 4; Amount Claimed: 5,563.76; Amount Allowed: 5,563.76;  Distribution Dividend: 10.00; | 7100-900 | | $556.38 | ($556.38) |
| 09/23/2015 | 3012 | VOID: eCAST Settlement Corporation, assignee of | Void of Check# 3012 | 7100-900 | | ($556.38) | $0.00 |
| | | | **TOTALS:** | | $8,407.14 | $8,407.14 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $8,407.14 | $8,407.14 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $8,407.14 | $8,407.14 | |

| For the period of 10/18/2012 to 1/4/2016 | | For the entire history of the account between 03/25/2013 to 1/4/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $70,081.71 | Total Compensable Receipts: | $70,081.71 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $70,081.71 | Total Comp/Non Comp Receipts: | $70,081.71 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $70,081.71 | Total Compensable Disbursements: | $70,081.71 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $70,081.71 | Total Comp/Non Comp Disbursements: | $70,081.71 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Page No: 4

Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 12-41379-DLT | |
| **Case Name:** | GERMANN, ROSEMARIE J | |
| **Primary Taxpayer ID #:** | **-***1862 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 10/18/2012 | |
| **For Period Ending:** | 1/4/2016 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******7901 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $8,407.14 | $8,407.14 | $0.00 |

**For the period of 10/18/2012 to 1/4/2016**

| | |
|---|---|
| Total Compensable Receipts: | $70,081.71 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $70,081.71 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $70,081.71 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $70,081.71 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 10/18/2012 to 1/4/2016**

| | |
|---|---|
| Total Compensable Receipts: | $70,081.71 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $70,081.71 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $70,081.71 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $70,081.71 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ